**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.191.78.249**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Manassas, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/18/2016 05:17:26 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 04/17/2016 13:56:26 | C43D239AE509E7D25D58DE9170398790D0E516D6 | Four Way In 4K |
| 04/14/2016 23:38:58 | 892AF19393C24941413F8EEEF5E3C661359C8502 | X-art Unauthorized Pack 892AF19 |
| 04/14/2016 20:41:15 | 012DB28FB33877CC45FF9638F473288897B4FF4C | X-art Unauthorized Pack 012DB28 |
| 04/14/2016 14:09:15 | 2858A7C198DD9D2D8A4F52E20578DB259D7FC16D | X-art Unauthorized Pack 2858A7C |
| 04/14/2016 12:39:33 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |

**Total Statutory Claims Against Defendant: 25**

EXHIBIT A

EVA354