**Copyrights-In-Suit for IP Address 73.191.78.249**

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Manassas, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Asstastic | PENDING | 05/07/2016 | 05/24/2016 | 05/18/2016 |
| Four Way In 4K | PENDING | 01/28/2016 | 02/17/2016 | 04/17/2016 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 04/14/2016 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 04/14/2016 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 04/14/2016 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 04/14/2016 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 04/14/2016 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 04/14/2016 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 04/14/2016 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 04/14/2016 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 04/14/2016 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 04/14/2016 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 04/14/2016 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 04/14/2016 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 04/14/2016 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 04/14/2016 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 04/14/2016 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 04/14/2016 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 04/14/2016 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 04/14/2016 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 04/14/2016 |

EXHIBIT B

EVA354

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 04/14/2016 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 04/14/2016 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 04/14/2016 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 04/14/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 25**

EVA354

EXHIBIT B